# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA )
)
Plaintiff [s], )
)
V )   **Case No.: 12-MJ-00684-CVR**
)
BENIGNO HERNANDEZ-CLANDES [1] )
)
Defendant [s], )
)

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** defendants -through counsel- and pursuant to Local Rule 7 and Local Rule 83.4(a) moves to inform the parties of the notice of appearance of counsel. In support the appearing party states and prays as follows:

1. The undersigned counsel enters his appearance and respectfully request that all papers, pleadings and discovery be served on the retained counsel at the address of record with Court.

Respectfully submitted,
May 9, 2012

*S/ Lorenzo J. Palomares-Starbuck*
Lorenzo J. Palomares-Starbuck, Esq.
USDC-PR # 218107
Lorenzo Palomares, P.S.C.
Attorneys & Counselors at Law
421 Muñoz Rivera Ave
Midtown Bldg. Ste. PH 1005
San Juan, P.R.00918
Tel (787)753-7441
Fax (787)622-2540

## CERTIFICATE OF SERVICE

I certify that on this a copy of this motion was filed using the Court's CM/ECF which will send a copy of the same to all counsels of record.

*S/ Lorenzo J. Palomares-Starbuck*

NOTICE OF APPEARANCE OF COUNSEL