IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br><br>　　　　v.<br><br>**BENIGNO HERNANDEZ-CLANDER**<br>　　Defendant | Magistrate No. 12-684(CVR) |

### MOTION REQUESTING LEAVE TO WITHDRAW
### AS A LEGAL COUNSEL

HON. CAMILLE VELEZ-RIVE
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO

　　COMES NOW, Mr. Benigno Hernandez-Clander , represented by the Federal Public Defender for the District of Puerto Rico and respectfully states and prays:

　　1.  The above captioned client was referred to the Federal Public Defender's Office on May 4, 2012.  (Docket 7)

　　2.  On May 9, 2012,  Lorenzo Palomares-Starbuck, Esq., filed A "Notice of Appearance  as Counsel" on behalf of Mr. Benigno Hernandez-Clander informing that he has been retained as counsel in the above captioned case.

　　WHEREFORE, it is respectfully requested of this Honorable Court that the Federal Public Defender be granted leave to withdraw from Mr. Benigno Hernandez-Clander's legal representation.

Magistrate. No.  12-684(CVR)

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, May 10, 2012.

                    HÉCTOR E. GUZMÁN, JR.
                    FEDERAL PUBLIC DEFENDER
                    FOR THE DISTRICT OF PUERTO RICO


**S/VICTOR GONZÁLEZ-BOTHWELL**
Assistant Federal Public Defender
USDC - PR 219707
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No.  (787) 281-4922
Fax No. (787) 281-4899

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing, the Motion for Leave to Withdraw to the following CM/ECF participants: AUSA Justin Martin.

In San Juan, Puerto Rico, this 10th day of May , 2012.


**S/VICTOR GONZÁLEZ-BOTHWELL**
Assistant Federal Public Defender