# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **[1] BENIGNO HERNANDEZ-CLANDER,** <br> **[2] PEDRO HERNANDEZ-UBIERA,** <br> **[3] FRANCISCO MERCEDES** <br><br> Defendant. | **CRIMINAL NO. 12-433 (FAB)** |

### UNITED STATES' NOTICE OF DESIGNATION OF EVIDENCE PURSUANT TO 12 (b)(4)(A) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

**TO THE HONORABLE COURT:**

    **COMES NOW,** the United States of America, by and through the undersigned attorneys, and hereby submits the designation of evidence it intends to use in its case-in-chief:

| | |
|---|---|
| 1. | All audio recordings including 26 consensually recorded phone calls |
| 2. | Audio recording of the May 3, 2012 transaction |
| 3. | All video recordings related to the May 3, 2012 transaction |
| 4. | All seized currency |
| 5. | Costco surveillance video dated May 3, 2012 |
| 6. | Transcripts of all audio and video |

    The United States reserves the right to amend this designation of evidence as it deems appropriate during the course of trial preparation.

    **WHEREFORE**, the United States hereby submits its designation of evidence and prays that this Honorable Court take notice of the above and allow it to amend said designation if new evidence were to arise during the course of trial preparation.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of August, 2012.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

*/s/* Justin R. Martin
**JUSTIN R. MARTIN**
Assistant United States Attorney
USDC-No. G00713
United States Attorney's Office
Torre Chardón Bldg., Suite 1201
350 C. Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendants.

*/s/* Justin R. Martin
**JUSTIN R. MARTIN**
Assistant United States Attorney
USDC-No. G00713