Señor
Francisco A. Besosa
Honorable Juez
Su Despacho.-

27/08/12-

RECEIVED & FILED
2012 SEP -5 PM 1:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Honorable Juez:

Aprovecho la ocasión para saludarle y a la vez quiero dejarle saber que mis intensiones por ningún motivo son hacerle perder el tiempo a usted, ni tratar de ganar tiempo alcontrario yo soy el mas interesado resolver esta situación lo ante posible. Le quiero informar que durante todo el proceso no he visto responsabilidad y dedicación a mi caso de parte de mi abogado Lic. Lorenzo J. Palomares el cual se merece un respecto y sus motivos tendra, pero no ha manejado el caso como es debido ya que hasta la fecha de hoy no me ha mostrado las evidencias emitidas en mi contra y por tal tampoco la hemos discutido. Siendo este abogado privado me llevo a firmar sin yo haberlo decidido, a mi familia que fue que lo contrato le dice unas cosas y a mi me dice otras como si no habláramos el mismo idioma. Por tanto mi familia y yo hemos optado por cambiar de abogado, el cual ya tenemos un nuevo abogado privado que que esta dispuesto a tomar el caso lo único que dice que es muy poco tiempo para familiarizarse con el caso. Sin otro particular y agradeciéndole anticipadamente y esperando que su desición sea favorable se despide de usted.

Muy atentamente,

BENIGNO HERNANDEZ CHANDLER
No. Caso: 3:12-CR-00433-FAB

Dios lo bendiga a usted y los suyos.