Prob. PR-39
(Rev. 03/2010)

PACTS# 24723

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA | \* \* \* \* |
| vs. | \* Docket No.: **12-00433-001(FAB)** \* |
| **BENIGNO HERNANDEZ-CLANDER** | \* \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TRANSMITTAL MEMO

Because of the possibility that the Judge will rely on information in the presence report, as well as, the potential for appellate review, the presence report has been electronically delivered to the judge's chambers, under seal in accordance with the long-standing practice of treating presence reports as non-public in view of the sensitive and often confidential information contained herein.

In San Juan, Puerto Rico, this 10th day of January, 2013.

Respectfully submitted,

S/ Eustaquio Babilonia
EUSTAQUIO BABILONIA, CHIEF
U. S. PROBATION OFFICER

\*\*Presentence Report was filed to the parties via CM/ECF, Docket #144\*\*

AIR/rpc