IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATAES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.: 12-433 (FAB) |
| ) | |
| [1] BENIGNO HERNANDEZ CLANDER ) | |
| ) | |
| Defendant ) | |
| ) | |

## MOTION REQUESTING TRANSCRIPT OF BENCH CONFERENCE

**TO THE HONORABLE MAGISTRATE
JUDGE SILVIA CARREÑO COLL:**

**COMES NOW**, Benigno Hernandez Clander, hereinafter Mr. Hernandez, through the undersigned attorney and respectfully alleges and prays:

1. On September 10, 2012, the Change of Plea Hearing in the instant case was held before Magistrate Judge Silvia Carreño Coll, wherein Mr. Hernandez entered a plea of guilty (See docket entry no. 118).

2. On October 10, 2012, the transcript of the Change of Plea Hearing previously mentioned was filed (See docket entry no. 133). In said transcript (specifically in page 31, line 24) it is noted that a "(Bench conference is held)" between the undersigned and the attorneys for the government. However, the transcript does not reflect what was said during that bench conference.

3. In order to clarify what was said during the bench conference, Mr. Hernandez is requesting a transcript of the bench conference before mentioned.

4. Since the Sentencing Hearing in the instant case has been set for January 30, 2013, the undersigned requests that the court grant special authorization to obtain an expedited transcript of the bench conference previously mentioned.

**WHEREFORE**, Mr. Hernandez respectfully requests that the court GRANT the present Motion and authorizes the expedited preparation of the bench conference transcript held on September 10, 2012.

**RESPECTFULLY SUBMITTED.**

Dated:   January 17, 2013

I HEREBY CERTIFY that on this date I electronically filed the forgoing Motion with the clerk of the court using the CM/ECF electronic filing system, which will send notification of such filing to the attorneys of record.

/s/ JUAN A. ALBINO GONZALEZ
Attorney for Defendant
U.S.D.C. – P.R. #225405
P.O. Box 25044
San Juan, P.R. 00918-5044
anibal031@gmail.com