**IN THE UNITED STATES DISTRICT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATAES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.: 12-433 (FAB) |
| ) | |
| [1] BENIGNO HERNANDEZ CLANDER ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

**MOTION FOR CONTINUANCE**

TO THE HONORABLE COURT:

COMES NOW, BENIGNO HERNANDEZ CLANDER, hereinafter Mr. Hernandez represented by the undersigned counsel and very respectfully submits and prays as follows:

1. The Sentencing hearing in the present case is scheduled for January 30, 2013 at 9:00 am (Docket No. 157).

2. After several meetings and conversations with AUSA Denise Longo Quiñones, the undersigned and AUSA Longo do not believe the instant case will be ready for Sentencing on January 30, 2013. There are still some legalities that need to be taken care of before Sentencing. Thus, the undersigned requests that the Sentencing Hearing in the instant case be rescheduled for the end of February of the current year at which time the instant case should be ready for Sentencing.

WHEREFORE, we respectfully request and pray that this Honorable Court Grant the instant Motion for Continuance.

RESPECTFULLY SUBMITTED

Dated:    January 28, 2013

    I HEREBY CERTIFY that on January 28, 2012 I electronically filed the forgoing Motion with the clerk of the court using the CM/ECF electronic filing system, which will send notification of such filing to the attorneys of record.

    /s/ JUAN A. ALBINO GONZALEZ
Attorney for Defendant
U.S.D.C. – P.R. #225405
P.O. Box 25044
San Juan, P.R. 00918-5044
anibal031@gmail.com