IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATAES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.: 12-433 (FAB) |
| ) | |
| [1] BENIGNO HERNANDEZ CLANDER ) | |
| Defendant ) | |
| _____ ) | |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

   COMES NOW, Benigno Hernandez Clander, pro se and before this Honorable Court respectfully gives notice of his intention to appeal his conviction and judgment in the instant case.

WHEREFORE, the defendant respectfully requests that this Honorable Court take notice of the above stated fact.

**RESPECTFULLY SUBMITTED.**

Dated:   March 13, 2013

   I HEREBY CERTIFY that on this date I electronically filed the forgoing Motion with the clerk of the court using the CM/ECF electronic filing system, which will send notification of such filing to the attorneys of record.

_Benigno Hernandez Clander_
Name

_39418-069   unit 3B_
Reg. No.

Metropolitan Detention Center
_____
Address

P.O. Box 2005  Cataño, P.R. 00963-2005
_____
City, State, Zip Code

_____
Signature