IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>    v.<br><br>**[1] BENIGNO HERNANDEZ-CLANDER**<br><br>    Defendant. | **CRIMINAL NO. 12-433(FAB)** |

## INFORMATIVE MOTION REGARDING CERTIFICATE OF SERVICE OF DOCKET ENTRY NO. 187

**TO THE HONORABLE COURT:**

    **COMES NOW**, The United States of America, by and through the undersigned attorneys and very respectfully states, alleges and prays as follows:

    1.    On March 6, 2013 the appearing party filed a Motion (Refer to Docket Number 187).

    2.    In light of the aftermentioned, I hereby certify that the appearing party has electronically filed docket number 187, with the Clerk of the Court using the CM/ECF system which will notify the attorneys of record.

    **WHEREFORE**, it is respectfully requested that the Honorable Court take notice of this motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on March 25, 2013.

**ROSA EMILIA RODRIGUEZ-VÉLEZ**
United States Attorney

*s/Dennise N. Longo Quiñones*
DENNISE N. LONGO QUIÑONES
Assistant United States Attorney
U.S.D.C. # 211408
U.S. Attorney's Office
Torre Chardón, Suite 1201
# 350 Carlos Chardón Ave.
San Juan, P.R. 00918
Tel. (787) 766-5656
dennise.n.longo@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. In San Juan, Puerto Rico, on March 25, 2013.

*s/Dennise N. Longo Quiñones*
DENNISE N. LONGO QUIÑONES
Assistant United States Attorney
U.S.D.C. # 211408