# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:**   April 8, 2013

**DC #:**   12-433   (DRD)

**APPEAL FEE PAID:**   YES _____   NO __X__

**CASE CAPTION:**   USA   v.   Hernández-Clander
  Defendant:   Benigno Hernández-Clander (1)

**IN FORMA PAUPERIS:**   YES _____   NO __X__

**MOTIONS PENDING:**   YES _____   NO __X__

**NOTICE OF APPEAL FILED BY:**   Defendant

**APPEAL FROM:**   Judgment entered on 03/07/13

**SPECIAL COMMENTS:**   Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                                            **VOLUMES:**

**Docket Entries 191 & 193**                                                                           I

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in this case.

                                                                FRANCES RIOS DE MORAN
                                                                Clerk of the Court


                                                                S/Xiomara Muñiz
                                                                Xiomara Muñiz
                                                                Deputy Clerk


s/c:   CM/ECF Parties, Appeals Clerk